```
 1  THOMAS P. O'BRIEN
    United States Attorney
 2  CHRISTINE C. EWELL
    Assistant United States Attorney
 3  Chief, Criminal Division
    STEVEN R. WELK
 4  Assistant United States Attorney
    Chief, Asset Forfeiture Section
 5  FRANK D. KORTUM
    Assistant United States Attorney
 6  Asset Forfeiture Section
    California Bar No. 110984
 7       United States Courthouse
         312 N. Spring Street, Suite 1400
 8       Los Angeles, California 90012                JS-6
         Telephone: (213)894-5710
 9       Facsimile: (213)894-7177
         E-Mail: frank.kortum@usdoj.gov
10
    Attorneys for Plaintiff
11  United States of America
```

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. SACV 08-445 CJC (FFMx) |
| Plaintiff, | ) | [PROPOSED] |
| v. | ) | **CONSENT JUDGMENT OF FORFEITURE** |
| $94,925.00 IN U.S. CURRENCY, | ) | |
| Defendant. | ) | |
| _____ | ) | |
| LIONEL ALVAREZ, | ) | |
| Claimant. | ) | |
| _____ | ) | |

This action was filed on April 24, 2008. Notice was given and published in accordance with law. Claimant Lionel Alvarez filed a claim opposing forfeiture on June 3, 2008 and an answer on June 19, 2008. No other claims or answers have been filed, and the time for filing such claims and answers has

expired. Plaintiff and claimant have reached an agreement that is dispositive of the action. The parties hereby request that the Court enter this Consent Judgment of Forfeiture. **WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

1. This court has jurisdiction over the parties and the subject matter of this action.
2. Notice of this action has been given in accordance with law. All potential claimants to the defendant currency other than claimant are deemed to have admitted the allegations of the Complaint. The allegations set out in the Complaint are sufficient to establish a basis for forfeiture.
3. The United States of America shall have judgment as to $47,463.00 of the defendant currency, plus all interest earned by the government on the entirety of the defendant currency, and no other person or entity shall have any right, title or interest therein. The United States Marshals Service is ordered to dispose of said assets in accordance with law.
4. $47,462.00 of the defendant currency, without any interest earned by the government on that amount, shall be returned to claimant Lionel Alvarez. Said funds shall be forwarded by check made payable to "William S. Pitman, Esq., Attorney-Client Trust Account," and shall be mailed to William S. Pitman, Esq., 624 South Grand Avenue, Suite 2200, Los Angeles, California 90017.
5. Claimant hereby releases the United States of America, its agencies, agents, and officers, including employees

1         and agents of the Drug Enforcement Administration, from
2         any and all claims, actions or liabilities arising out
3         of or related to this action, including, without
4         limitation, any claim for attorney's fees, costs or
5         interest which may be asserted on behalf of the
6         claimant, whether pursuant to 28 U.S.C. § 2465 or
7         otherwise.
8    6.   Plaintiff, United States of America, agrees that it
9         will not seek to recover civil sanctions (except to the
10        extent that the forfeiture of the defendant currency
11        can be considered a civil sanction), attorney's fees or
12        costs in connection with this action or the underlying
13        seizure.
14 //
15 //
16 //

1     7.    The Court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

Dated: November 18, 2008

*[signature]*

THE HONORABLE CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE

**Approved as to form and content**:

Dated: October __, 2008

THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

/s/
_____
FRANK D. KORTUM
Assistant United States Attorney
Asset Forfeiture Section

Attorneys for Plaintiff
United States of America

Dated: October __, 2008

/s/
_____
WILLIAM S. PITMAN
Attorney for Claimant
LIONEL ALVAREZ